# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that John Fitzpatrick, P85884 of Holland, Michigan is an active member of the State Bar of Michigan in good standing.

John Fitzpatrick was admitted to practice in Michigan on April 13, 2022 in Ottawa County and became a member of the State Bar of Michigan on April 19, 2022.



Peter W. Cunningham, Executive Director
October 15, 2024