Name and address:
Michael A DiNardo (SBN 216991)
YK LAW, LLP
445 S. Figueroa St, Suite 2280
Los Angeles, CA 90071
213-260-9693
mdinardo@yklaw.us

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL, individually and on behalf of all other similarly situated, <br><br> Plaintiff(s) <br> v. <br><br> CURENT ENERGY LLC, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:24-CV-08132-FLA-BFM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Fitzpatrick, John D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

616-392-1821     616-396-7106
*Telephone Number*   *Fax Number*

jfitzpatrick@cunninghamdalman.com
*E-Mail Address*

of
Cunningham Dalman, P.C.
321 Settlers Road, PO Box 1767
Holland, MI 49422-1767

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Current Energy LLC

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**
DiNardo, Michael A
*Designee's Name (Last Name, First Name & Middle Initial)*

216991     213-260-9693
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

MDiNardo@yklaw.us
*E-Mail Address*

of
YK Law LLP
445 S. Figueroa St, Suite 2280
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
              ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge