MICHAEL A. DiNARDO (#216991)
(mdinardo@yklaw.us)
YK LAW, LLP
445 S. FIGUEROA ST, SUITE 2280
LOS ANGELES, CA, 90071
Office: 213-401-0970 x1008

JOHN D FITZPATRICK (PHV pending)
(jfitzpatrick@cunninghamdalman.com)
CUNNINGHAM DALMAN, P.C.
321 SETTLERS ROAD
HOLLAND, MI 49422-1767
Office: 616-392-1821

Attorneys for Defendant
CURRENT ENERGY LLC

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CURRENT ENERGY LLC AND KEVIN ADAMS<br><br>Defendants. | Case No. 2:24-cv-08132-FLA-BFM<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT [By More Than 30 Days]; DECLARATION OF JOHN FITZPATRICK IN SUPPORT**<br><br>Complaint Filed: September 20, 2024<br>Current Deadline: November 22, 2024<br>Proposed Deadline: December 24, 2024 |

1 | Plaintiff and Defendant, Current Energy LLC ("Current Energy") (collectively the "Parties") hereby stipulate and request that the Court enter an order extending Current Energy's time to file an answer or other responsive pleading to no later than December 24, 2024.

Plaintiff filed the Complaint ("Complaint") on September 20, 2024 and served Current Energy on September 26, 2024. The responsive pleading to the Complaint was initially due October 17, 2024. The Parties agreed to extend the deadline for Current Energy to file a responsive pleading to November 22, 2024. In the interim, Current Energy relayed a waiver of service that a Co-Defendant, Kevin Adams, executed and Mr. Adams' responsive pleading is now due December 24, 2024. As such, the Parties agree that good cause exists for this requested extension to align the timing of Current Energy's responsive pleading with Mr. Adams' pleading so that the defendants may fact gather and have their respective counsel confer, if necessary.

Plaintiff and Current Energy therefore agree that the date to file an answer or other responsive pleading to the Complaint may be extended for Current Energy. Current Energy may be prejudiced if this extension is not granted and the Parties agree Plaintiff will not be prejudiced by granting the extension. The Parties hereby request that the response date for all parties to file a responsive pleading be set for December 24, 2024.

The Parties respectfully request that the Court so order.

IT IS SO STIPULATED.

Dated: November 25, 2024

/s/ John Fitzpatrick
John Fitzpatrick (admitted *pro hac vice*)
Cunningham Dalman PC
*Attorneys for Defendant, Current Energy, LLC*

Dated: November 25, 2024

/s/ Andrew R. Perrong
Andrew R. Perrong
Perrong Law, LLC
*Attorneys for Plaintiff*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, John Fitzpatrick, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

/s/ John Fitzpatrick
John Fitzpatrick

**DECLARATION OF JOHN FITZPATRICK**

I, John Fitzpatrick, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the United States, and have applied for admission pro hac vice in the Central District of California. I am an attorney representing Defendant Current Energy LLC. I have personal knowledge of the facts set forth herein, and if called as a witness to testify, I could and would competently testify as to the truth of the same, except for those matters stated on information and belief for which I am informed and believe them to be true.

2. I am informed and believe that the parties have discussed and agree to an extension of Current Energy's deadline to file an answer or responsive pleading to the Complaint.

3. The requested extension will provide Current Energy the time needed to complete the responsive pleading and the extension will ensure the litigation continues to progress in a timely fashion.

4. Current Energy does not intend to request any further extension of this deadline. If this extension is not granted, Current Energy would be prejudiced in its ability to complete a suitable responsive pleading to the Complaint. Plaintiff would not be prejudiced by this extension.

I declare under penalty of perjury, under the laws of the U.S., that the foregoing is true and correct.

Executed on November 25, 2024, in Holland, Michigan.

/s/ John Fitzpatrick
John Fitzpatrick

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first-class mail on this same date.

                                       */s/ Michael A. DiNardo*
                                       Michael A. DiNardo