1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CURRENT ENERGY LLC AND KEVIN ADAMS<br><br>        Defendants. | Case No. 2:24-cv-08132-FLA-BFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT [By More Than 30 Days]**<br><br><br>Complaint Filed: September 20, 2024<br>Current Deadline: November 22, 2024<br>Proposed Deadline: December 24, 2024 |

**ORDER**

Pursuant to Stipulation of the Parties, and for good cause shown, the deadline for Defendant Current Energy, LLC to respond to Plaintiff's Complaint is extended to December 24, 2024.

_____
Hon. Fernando L. Aenlle-Rocha
United States District Court Judge