UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MIRYAM ABITBOL, | Case No. 2:24-cv-08132-FLA (BFMx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO EXTEND DEFENDANT CURRENT ENERGY LLC'S TIME TO RESPOND TO COMPLAINT [DKT. 18]** |
| CURRENT ENERGY LLC, *et al.*, | |
| Defendants. | |

The court, having considered the parties' stipulation (Dkt. 18), and finding good cause therefor, hereby ORDERS as follows:

1. The deadline for Defendant Current Energy LLC to respond to the Complaint is extended to December 24, 2024.

IT IS SO ORDERED.

Dated: December 4, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge