UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CURRENT ENERGY LLC AND KEVIN ADAMS<br><br>Defendants. | Case No. 2:24-cv-08132-FLA-BFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT PER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br><u>Hearing</u><br>**Date: January 31, 2025**<br>**Time: 1:30 PM**<br>**Courtroom: 6B**<br>**Hon Fernando L. Aenlle-Rocha**<br><br>**Complaint Served: Sept 26, 2024**<br>**Trial Date: None Set** |

**ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the motion, all supporting and responsive papers, and arguments of the parties, the Court finds and orders that the Complaint fails to state a claim upon which relief can be granted.

Defendant's Motion to Dismiss is hereby GRANTED and Plaintiff's Complaint is Ordered Dismissed.

_____
Hon. Fernando L. Aenlle-Rocha
United States District Court Judge