Name and address:
Michael A DiNardo (SBN 216991)
YK LAW, LLP
445 S. Figueroa St, Suite 2280
Los Angeles, CA 90071
213-260-9693
mdinardo@yklaw.us

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL, individually and on behalf of all other similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>CURENT ENERGY LLC,<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-CV-08132-FLA-BFM<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [16] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Fitzpatrick, John D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

616-392-1821
*Telephone Number*

616-396-7106
*Fax Number*

jfitzpatrick@cunninghamdalman.com
*E-Mail Address*

Cunningham Dalman, P.C.
321 Settlers Road, PO Box 1767
Holland, MI 49422-1767
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Current Energy LLC

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

and designating as Local Counsel

DiNardo, Michael A
*Designee's Name (Last Name, First Name & Middle Initial)*

216991
*Designee's Cal. Bar No.*

213-260-9693
*Telephone Number*

*Fax Number*

MDiNardo@yklaw.us
*E-Mail Address*

YK Law LLP
445 S. Figueroa St, Suite 2280
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

Dated 12/26/2024

United States District Judge

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1