# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL<br><br>Plaintiff(s),<br><br>v.<br><br>CURRENT ENERGY LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–08132–FLA–BFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   12/24/2024

Document No.:   20

Title of Document:   RE Motion to Dismiss byDefendants CURRENT ENERGY LLC and KEVIN ADAM

**ERROR(S) WITH DOCUMENT:**

Local Rule 7–1.1 no notice of interested parties.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 26, 2024         By:  /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
                                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS