NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael A DiNardo (SBN 216991)
YK LAW, LLP
445 S, Figueroa St, suite 2280
Los Angeles, CA 90071
mdinardo@yklaw.us
213-260-9693

ATTORNEY(S) FOR: Current Energy LLC and Kevin Adams

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MIRYAM ABITOL, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

CURRENT ENERGY, LLC and KEVIN ADAMS

Defendant(s)

CASE NUMBER:

2:24-cv-08132-FLA-BFM

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for CURRENT ENERGY, LLC and KEVIN ADAMS or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MIRYAM ABITOL | Plaintiff |
| CURRENT ENERGY, LLC | Defendant |
| KEVIN ADAMS | Defendant |

December 26, 2024
Date

/s/ Michael A DiNardo
Signature

Attorney of record for (or name of party appearing in pro per):

CURRENT ENERGY, LLC and KEVIN ADAMS