# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CURRENT ENERGY LLC<br><br>AND<br><br>KEVIN ADAMS<br><br>*Defendants.* | Case No.<br><br>2:24-cv-08132-FLA-BFM<br><br>**PROPOSED ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>**Hearing**<br>Date: January 31, 2025<br>Time: 1:30 PM<br>Courtroom: 6B<br>Hon. Fernando L. Aenlle-Rocha<br><br>Complaint Served: Sept 26, 2024<br>Trial Date: None Set |

 AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendants' Motion to Dismiss (ECF No. 20) is hereby DENIED.

*BY THE COURT:*

_____
Hon. Fernando Lazoro Aenlle-Rocha, J.

- 1 -
ORDER DENYING DEFS.' MOT. TO DISMISS.
*Abitbol v. Current Energy*