1  Dana J. Oliver, Esq. (SBN: 291082)
2  dana@danaoliverlaw.com
   OLIVER LAW CENTER, INC.
3  8780 19th Street #559
   Rancho Cucamonga, CA 91701
4  Telephone: (855)384-3262
5  Facsimile: (888)570-2021

6
7  Attorney for Plaintiff and Putative Class
   Additional Attorneys on Signature Page

8
            **UNITED STATES DISTRICT COURT**
9           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| MIRYAM ABITBOL, individually and on behalf of all others similarly situated, | Case No. |
| | 2:24-cv-08132-FLA-BFM |
| *Plaintiff,* | |
| | **JOINT REQUEST FOR TELEPHNIC APPEARANCE ON JANUARY 31 OR TO CONTINUE HEARING** |
| *v.* | |
| CURRENT ENERGY LLC | |
| AND | **Hearing** |
| | **Date: January 31, 2025** |
| KEVIN ADAMS | **Time: 1:30 PM** |
| | **Courtroom: 6B** |
| *Defendants.* | **Hon. Fernando L. Aenlle-Rocha** |
| | **Complaint Served: Sept 26, 2024** |
| | **Trial Date: None Set** |

24
25   Counsel for Plaintiff, Miryam Abitbol ("Plaintiff"), and Defendants Current
26
   Energy LLC and Kevin Adams ("Defendants") hereby request to be permitted to
27
   appear telephonically at the January 31, 2025 hearing on the Defendants' Motion
28
                                    - 1 -
JOINT REQUEST FOR TELEPHONIC APPEARANCE

*Abitbol v. Current Energy*

to Dismiss in this matter, or in the alternative, to reschedule the hearing. Counsel make this request based on the following:

   1. Plaintiff's counsel is located in Glenside, Pennsylvania. It will cost considerable time and expense for Plaintiff's counsel to attend the Court's Hearing in-person. As such, a personal appearance will cause an undue hardship. Plaintiff's counsel is also defending a deposition that was previously scheduled for the early portion of the same day, and will be able to meet both obligations only if the hearing is conducted virtually.

   2. Defendants' lead counsel is located in Holland, Michigan. The cost the defendants will incur for counsel to appear for the hearing in-person will be considerable. As such, a personal appearance will cause an undue hardship.

   3. Moreover, both counsel for Plaintiff and for Defendants have made emailed requests to Twyla Freeman, per the Court's direction on its website, in an effort to attend the hearing virtually, but received no response.

   4. In the alternative, counsel for Plaintiff and Defendants respectfully request that the Court continue the hearing to Friday, February 21, to permit the undersigned counsel to make travel arrangements and resolve scheduling conflicts.

   5. As this is a joint request, neither Counsel is opposed to this relief. Given this additional consideration, and practicalities that it would impose if one party attended in person and another party attended virtually, and given the further

scheduling difficulties that the Parties are unable to account for owing to the shortened remaining time frame here, it furthers the interests of justice and the spirit of FED. R. CIV P. 1 to permit attendance via telephone/Zoom for all Counsel or alternatively reschedule the hearing in person for February 21.

Respectfully submitted,

Dated: January 28, 2025

>Respectfully submitted,
>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.
>PA Bar #333687 (*Pro Hac Vice*)
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com
>
>*/s/ John D. Fitzpatrick*
>John D. Fitzpatrick
>MI Bar #P85884 (admitted *pro hac vice*)
>Cunningham Dalman PC
>321 Settlers Road
>Holland, MI 49422-1767
>(616) 392-1821
>jfitzpatrick@cunninghamdalman.com
>*Attorneys for Defendants*

## ATTESTATION OF SIGNATURE

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to counsel for Defendants, and I obtained their authorization to affix his electronic signature to this document.

Dated: January 28, 2025

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that, on January 28, 2025, I caused the foregoing to be electronically filed with the Clerk using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Andrew R. Perrong*
Andrew R. Perrong