# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CURRENT ENERGY LLC<br><br>AND<br><br>KEVIN ADAMS<br><br>*Defendants.* | Case No.<br><br>2:24-cv-08132-FLA-BFM<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR TELEPHNIC APPEARANCE ON JANUARY 31 OR TO CONTINUE HEARING [DKT # 27]**<br><br>**Hearing**<br>Date: January 31, 2025<br>Time: 1:30 PM<br>Courtroom: 6B<br>Hon. Fernando L. Aenlle-Rocha<br><br>Complaint Served: Sept 26, 2024<br>Trial Date: None Set |

On January 28, 2025, the Parties filed a Joint Request for Telephonic Appearance on January 31 or to Continue Hearing, noting travel and other difficulties of counsel for both parties.

The court, having considered the Joint Request, and finding good cause therefor, hereby GRANTS the Request and ORDERS as follows:

1. Counsel for the parties are permitted to attend the January 31, 2025 Motion to Dismiss hearing virtually.; OR
2. The hearing on the Motion previously scheduled for January 31 has been rescheduled for February 21. Counsel for the Parties are directed to appear in person; and

IT IS SO ORDERED.

Dated: January 28, 2025

                                                  FERNANDO L. AENLLE-ROCHA
                                                  United States District Judge