# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL<br><br>Plaintiff(s),<br><br>v.<br><br>CURRENT ENERGY LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–08132–FLA–BFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    1/28/2025

Document No.:    27

Title of Document:    Joint REQUEST for Leave of Andrew Roman Perrong, John D. Fitzpatrick to Appear for Telephonically at Motion to Dismiss Hearing, or in the alternative, Joint REQUEST to Continue Motion to Dismiss Hearing from January 31, 2025 to February 21, 2025

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Filer ERRONEOUSLY set additional hearing on the request itself for 2/21/25 1:30 PM .

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 29, 2025           By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS