1  Dana J. Oliver, Esq. (SBN: 291082)
2  dana@danaoliverlaw.com
3  OLIVER LAW CENTER, INC.
   8780 19th Street #559
4  Rancho Cucamonga, CA 91701
5  Telephone: (855)384-3262
6  Facsimile: (888)570-2021

7  Attorney for Plaintiff and Putative Class
8

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CURRENT ENERGY LLC<br><br>AND<br><br>KEVIN ADAMS<br><br>*Defendants*. | Case No. 2:24-cv-08132-FLA-BFM |

**[PROPOSED ORDER GRANTING]**
**STIPULTION TO EXTEND TWO PRETRIAL DATES FOR THE HEARING OF MOTIONS TO: (1) AMEND PLEADINGS OR ADD PARTIES; AND (2) CLASS CERTIFICATION**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the following deadlines in this matter are amended as follows:

| **Deadline** | **Current Date** | **New Date** |
|---|---|---|
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Friday] | 5/16/2025 | 9/12/2025 |
| Last Date to Hear Motion for Class Certification [Friday] | 11/28/2025 | 3/27/2026 |

All other deadlines shall remain in effect.

_____

J.