Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRYAM ABITBOL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CURRENT ENERGY LLC<br><br>AND<br><br>KEVIN ADAMS<br><br>*Defendants*. | Case No. 2:24-cv-08132-FLA-BFM |

## NOTICE OF SETTLEMENT

The parties file this notice to advise the Court that all parties have reached a settlement in this matter as to all claims, and anticipate filing a notice of dismissal with prejudice within 60 days.

1   RESPECTFULLY SUBMITTED AND DATED this September 10, 2025

2

3                             */s/ Andrew Roman Perrong*
                              Andrew Roman Perrong, Esq.
4                             Perrong Law LLC
                              2657 Mount Carmel Avenue
5                             Glenside, Pennsylvania 19038
                              Phone: 215-225-5529 (CALL-LAW)
6                             Facsimile: 888-329-0305
                              a@perronglaw.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28